UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Nekima Levy Armstrong et al., *on behalf of themselves and other similarly situated individuals*,

    Plaintiffs,

v.                Civil No. 20-01645 (SRN/DTS)

The City of Minneapolis et al.,

    Defendants.

-----------------------------------------------------------

Jamal Samaha et al., *individually and on behalf of all others similarly situated*,

    Plaintiffs,

v.                Civil No. 20-01715 (ECT/BRT)

The City of Minneapolis et al.,

    Defendants.

**ORDER OF DIRECTION TO THE CLERK OF COURT
FOR REASSIGNMENT OF RELATED CASE**

  Case No. 20-1645 (SRN/DTS) having been assigned to Judge Susan Richard Nelson and Magistrate Judge David T. Schultz, and Case No. 20-1715 (ECT/BRT) having

later been assigned to Judge Eric C. Tostrud and Magistrate Judge Becky R. Thorson, and said matters being related cases,

**IT IS HEREBY ORDERED** that Case No. 20-1715 (ECT/BRT) be assigned to Judge Susan Richard Nelson and Magistrate Judge David T. Schultz, nunc pro tunc, by use of a card from the appropriate deck in the automated case assignment system. The Clerk of Court is directed to void and reuse a card from the same deck from which the original assignment was made pursuant to the Court's Assignment of Cases Order filed January 10, 2020.

**IT IS FINALLY ORDERED** that a copy of this Order shall be filed in each of the above respective files.

Dated: August 13, 2020

s/Susan Richard Nelson
SUSAN RICHARD NELSON
Judge, United States District Court

Dated: August 13, 2020

s/Eric C. Tostrud
ERIC C. TOSTRUD
Judge, United States District Court