## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

| | |
|---|---|
| Jamal Samaha, Lauren Coleman, Jordan Meyer, Andy Delany, Mary Grace, Bonnie Brown, and Jonathan Mason, individually and on behalf of all others similarly situated, | Case No. 20-CV-01715 (SRN/DTS) |
| Plaintiffs, | |
| v. | **ORDER** |
| The City of Minneapolis, et al., | |
| Defendants. | |

This matter is before the Court upon the Notice filed by Plaintiffs of their voluntary dismissal of Defendant Minneapolis Mayor Jacob Frey in this matter pursuant to Fed. R. Civ. P.  41(a)(1)(A)(i).

Accordingly, Minneapolis Mayor Jacob Frey is DISMISSED from this action, without prejudice, and with each party to bear their own costs, disbursements, and attorneys' fees.

BY THE COURT:

Dated: September 8, 2020

s/Susan Richard Nelson
SUSAN RICHARD NELSON
United States District Judge