# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

## SETTLEMENT CONFERENCE MINUTES

| | |
|---|---|
| Jamal Samaha, et al., | **COURT MINUTES** |
| | BEFORE: David T. Schultz |
| Plaintiffs (20-cv-1715), | United States Magistrate Judge |
| and | Case Nos. 20-cv-1715 (KMM/DTS) |
| | 20-cv-1645 (KMM/DTS) |
| Nekima Levy Armstrong, et al., | |
| | Date: 8/22/22 – 10/4/22 |
| Plaintiffs (20-1645), | Location: Courtroom 9E / Telephonic |
| v. | Total Time: 21 hrs. 14 mins. |
| City of Minneapolis, et al., | |
| Defendants. | |

APPEARANCES:

    For Plaintiffs:   Joshua Rissman (for Samaha)
                          Ahmed Davis (for Levy Armstrong)

    For Defendants:  Heather Robertson, Kristin Sarff, Sharda Enslin (City)

PROCEEDINGS:

   ___   No settlement reached.

   _X_   Binding potential settlement reached.

Date: October 4, 2022                         s/TJB
                                                      Courtroom Deputy