UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

| | |
|---|---|
| Jamal Samaha, et al., | Case No. 20-cv-1715 (KMM/DTS) |
| Plaintiffs, | **NOTICE OF AND ORDER FOR PRETRIAL CONFERENCE** |
| v. | |
| Robert Kroll and Major Joseph Dwyer, | |
| Defendants. | |

---

| | |
|---|---|
| Nekima Levy-Armstrong, et al., | Case No. 20-cv-1645 (KMM/DTS) |
| Plaintiffs, | **NOTICE OF AND ORDER FOR PRETRIAL CONFERENCE** |
| v. | |
| Robert Kroll, | |
| Defendant. | |

---

**IT IS HEREBY ORDERED:** a pretrial conference will be held before United States Magistrate Judge David T. Schultz on **November 4, 2022** at **9:00 a.m.** in Courtroom 9E in the United States Courthouse, 300 South Fourth Street, Minneapolis, Minnesota.

Dated: October 25, 2022

   s/David T. Schultz_____
DAVID T. SCHULTZ
United States Magistrate Judge