# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| Jamal Samaha, Lauren Coleman, Jordan Meyer, Andy Delany, Mary Grace, Bonnie Brown, and Jonathan Mason, individually and on behalf of all others similarly situated,<br><br>               Plaintiffs,<br><br>v.<br><br>The City of Minneapolis; Minneapolis Police Lieutenant Robert Kroll, in his individual capacity; Major Joseph Dwyer, in his individual capacity; Officer Samantha Belcourt, in her individual capacity; Officer George Peltz, in his individual capacity; Officer Sergio Villegas, in his individual capacity; Officer Toua Yang, in his individual capacity; and John Does 1-100, in their official and individual capacities,<br><br>               Defendants. | Case No. 20-cv-01715-KMM-DTS<br><br>**STATEMENT OF CONFIDENTIALITY** |
| Nekima Levy Armstrong, Marques Armstrong, Terry Hempfling, Rachel Clark, and Max Fraden, on behalf of themselves and other similarly situated individuals,<br><br>               Plaintiffs,<br><br>v.<br><br>City of Minneapolis; Minneapolis Chief of Police Medaria Arradondo, in his official capacity; Minneapolis Police Lieutenant Robert Kroll, in his individual and official | Case No. 20-cv-01645-KMM-DTS |

| | |
|---|---|
| capacity; and John Does 1-2, in their official and individual capacities,<br><br>                    Defendants. | |

The parties in the above-captioned actions have filed their Stipulation for Injunction, Exhibit A, Memorandum of Law in Support of their Stipulation for Injunction, and Proposed Order for Injunction under seal.  Pursuant to the agreement of the parties, these documents have been designated as "Confidential" in their entirety.  The parties further agree to unseal these documents if the Injunction is approved.

Dated:  November 9, 2022          By: */s/ Joshua J. Rissman*
                                    Daniel E. Gustafson (#202241)
                                    Joshua J. Rissman (#391500)
                                    Frances Mahoney-Mosedale (#0402741)
                                    **GUSTAFSON GLUEK PLLC**
                                    Canadian Pacific Plaza
                                    120 South 6th Street, Suite 2600
                                    Minneapolis, MN 55402
                                    Telephone: (612) 333-8844
                                    dgustafson@gustafsongluek.com
                                    jrissman@gustafsongluek.com
                                    bresch@gustafsonguek.com

                                    ***Attorneys for Plaintiffs Samaha, Coleman, Meyer, Delany, Grace, Brown, and Mason***