UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| Jamal Samaha, Lauren Coleman, Jordan Meyer, Andy Delany, Mary Grace, Bonnie Brown, and Jonathan Mason, individually and on behalf of all others similarly situated,<br><br>     Plaintiffs,<br><br>v.<br><br>The City of Minneapolis; Minneapolis Police Lieutenant Robert Kroll, in his individual capacity; Major Joseph Dwyer, in his individual capacity; Officer Samantha Belcourt, in her individual capacity; Officer George Peltz, in his individual capacity; Officer Sergio Villegas, in his individual capacity; Officer Toua Yang, in his individual capacity; and John Does 1-100, in their official and individual capacities,<br><br>     Defendants. | Case No. 20-cv-01715-KMM-DTS<br><br>**JOINT MOTION TO UNSEAL** |
| Nekima Levy Armstrong, Marques Armstrong, Terry Hempfling, Rachel Clark, and Max Fraden, on behalf of themselves and other similarly situated individuals,<br><br>     Plaintiffs,<br><br>v.<br><br>City of Minneapolis; Minneapolis Chief of Police Medaria Arradondo, in his official capacity; Minneapolis Police Lieutenant Robert Kroll, in his individual and official | Case No. 20-cv-01645-KMM-DTS |

1

| | |
|---|---|
| capacity; and John Does 1-2, in their official and individual capacities,<br><br>                              Defendants. | |

Documents have been filed under temporary seal in connection with the following motion:

    Stipulation for Injunction Doc. 138
    Memorandum re: Sealed Injunction Doc. 139
    Proposed Order for Injunction Doc. 140
    Statement of Confidentiality Doc. 141

Pursuant to LR 5.6, the parties submit this Joint Motion to Unseal.

| DKT. NO. | DKT. NO. OF REDACTED VERSION (IF FILED) | DESCRIPTION OF DOCUMENT | PRECISELY IDENTIFY: a) The information that the parties agree should remain sealed; b) The information the parties agree should be unsealed; and c) The information about which the parties disagree. | NONPARTY THAT DESIGNATED DOC. CONFIDENTIAL (IF ANY) | REASON WHY DOCUMENT SHOULD REMAIN SEALED OR BE UNSEALED[i] |
|---|---|---|---|---|---|
| 138 | | Sealed Stipulation for Injunction | Entirety should be unsealed | | Parties agreed that after the injunction was entered the document would no longer be confidential |
| 139 | | Sealed Memorandum re: 138 Sealed Stipulation | Entirety should be unsealed | | Parties agreed that after the injunction was entered the document would no longer be confidential |
| 140 | | Sealed proposed order to judge re: 138 Sealed Stipulation | Entirety should be unsealed | | Parties agreed that after the injunction was entered the document would no longer be confidential |

3

Dated:  November 28, 2022                By:  /s/*Ahmed J. Davis*

                                               Ahmed J. Davis (*pro hac vice*)
davis@fr.com
FISH & RICHARDSON P.C.
1000 Maine Avenue, S.W. Suite 1000
Washington, D.C. 20024
Tel: (202) 783-5070
Fax: (202) 783-2231

Michael E. Florey (#0214322)
florey@fr.com
FISH & RICHARDSON P.C.
3200 RBC Plaza
60 South 6th Street
Minneapolis, MN 55402
Tel: (612) 335-5070
Fax: (612) 288-9696

William T. "Tommy" Jacks (*pro hac vice*)
jacks@fr.com
FISH & RICHARDSON P.C.
111 Congress Avenue, Suite 810
Austin, TX 78701
Tel: (512) 472-5070
Fax: (512) 320-8935

Excylyn J. Hardin-Smith (*pro hac vice*)
Hardin-smith@fr.com
Meghana Thadani (*pro hac vice*)
FISH & RICHARDSON P.C.
7 Times Square, 20th Floor
New York, NY 10036
Tel: (212) 765-5070
Fax: (212) 258-2291

Ashu Balimba (*pro hac vice*)
balimba@fr.com
FISH & RICHARDSON P.C.
1717 Main Street, Suite 5000
Dallas, Texas 75201
Tel: (214) 292-5070
Fax: (214) 747-2091

4

Teresa J. Nelson (#0269736)
tnelson@aclu-mn.org
Clare A. Diegel (#0400758)
cdiegel@aclu-mn.org
AMERICAN CIVIL LIBERTIES
UNION OF MINNESOTA
P.O. Box 14720
Minneapolis, MN 55414
Tel: (651) 645-4097

*Attorneys for Plaintiffs Armstrong, Armstrong, Hempfling, Clark, and Fraden*

By: */s/ Joshua J. Rissman*
Daniel E. Gustafson (#202241)
Joshua J. Rissman (#391500)
Frances Mahoney-Mosedale (#0402741)
**GUSTAFSON GLUEK PLLC**
Canadian Pacific Plaza
120 South 6th Street, Suite 2600
Minneapolis, MN 55402
Telephone: (612) 333-8844
dgustafson@gustafsongluek.com
jrissman@gustafsongluek.com
fmahoneymosedale@gustafsongluek.com

*Attorneys for Plaintiffs Samaha, Coleman, Meyer, Delany, Grace, Brown, and Mason*

5

Dated: November 28, 2022

KRISTYN ANDERSON
City Attorney
By: /s/ *Heather Robertson*
HEATHER P. ROBERTSON (390470)
KRISTIN R. SARFF (388003)
SHARDA ENSLIN (389370)
Assistant City Attorneys
Minneapolis City Attorney's Office
350 South Fifth Street, Room 210
Minneapolis, MN 55415
(612) 673-3919
(612) 673-2180
(612) 673-3949
kristin.sarff@minneapolismn.gov
sharda.enslin@minneapolismn.gov
heather.robertson@minneapolismn.gov

***Attorneys for Defendant City of Minneapolis***